**Attorney Information:**
Name: Randolph H. Goldberg
(Please Print)
Address: 4000 S. Eastern Ave. Ste. 200
Las Vegas, NV 89119

Phone #: (702) 735-1500
Attorney for (Name): _____
(Please Print)
Bar Code: _____

RECEIVED AND FILED
2005 NOV 29 P 1:43
U.S. BANKRUPTCY COURT
CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

**IN RE:**

**BK-S #:** 05-18115-BAM

**Debtor Name:**
Martin A. Sharpe
**TELEPHONE NUMBER:**
(702) 647-4276

Chapter 13 Trustee Name:
**Kathleen A. Leavitt**

CHANGE OF ADDRESS FOR:
(X) DEBTOR
( ) CREDITOR
( ) OTHER

I request that everything be sent to the following address:

NAME (Please Print): Martin A. Sharpe
Address: 3260 Fountain Falls Way
Apt. # 2009
City/State/Zip Code: N. Las Vegas, NV 89032

DATED: 11/27/05      SIGNATURE: Martin R. Sharpe

**NOTE:** PLEASE SUBMIT AN **ORIGINAL AND ONE COPY** FOR THE RECORD