LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
State Bar No. 5970
4000 S. Eastern Avenue
Suite 200
Vegas, NV 89119
(702) 735-1500
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                             )        BANKRUPTCY NUMBER:
                                   )        BK-S-05-18115
Martin Sharpe                      )        Chapter
                                   )
                                   )
            Debtor.                )
                                   )        Date: N/A
                                   )        Time: N/A

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

PLEASE TAKE NOTICE that the Debtors herein have changed their address. Debtor's new address is as follows:

2513 Epkal Breeze
Henderson, NV 89002

DATED this 22 day of January, 2007

LAW OFFICES OF
RANDOLPH H. GOLDBERG

By_____
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Ste. 200
Las Vegas, NV 89119
Attorney for Debtor