LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
State Bar No. 5970
4000 S. Eastern Avenue
Suite 200
Vegas, NV 89119
(702) 735-1500
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

\* \* \* \* \*

In re: )
)
**Martin Sharpe** ) BANKRUPTCY NUMBER:
) BK-S- **05-18115**
) Chapter **13**
Debtor. )
) Date: N/A
) Time: N/A

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

PLEASE TAKE NOTICE that the Debtors herein have changed their address. Debtor's new address is as follows:

**2513 April Breeze Lane
Henderson, NV 89002**

DATED this **10** day of **April**, 200**7**

LAW OFFICES OF
RANDOLPH H. GOLDBERG

By_____
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Ste. 200
Las Vegas, NV 89119
Attorney for Debtor