# United States Bankruptcy Court
## District of Nevada

| | | | |
|---|---|---|---|
| In re | MARTIN SHARPE | Case No. | 05-18115 |
| | Debtor(s) | Chapter | 13 |

## Notice of Change of Address

**Debtor's Social Security Number:**   xxx-xx-8101

**My (Our) Former Mailing Address and Telephone Number was:**

Name:   MARTIN SHARPE

Street:   2513 April Breeze Lane

City, State and Zip:   Henderson, NV 89002

Telephone #:

**Please be advised that effective** May 11, 2007,
**my (our) new mailing address and telephone number is:**

Name:   MARTIN SHARPE

Street:   2320 Tucumcari Drive, Apt. 2016

City, State and Zip:   Las Vegas, NV 89108

Telephone #:

/s/ MARTIN SHARPE
MARTIN SHARPE
Debtor