# United States Bankruptcy Court
## District of Nevada

In re  **MARTIN SHARPE**                                             Case No.  __05-18115__
                                    Debtor(s)                        Chapter   __13__

## Notice of Change of Address

Debtor's Social Security Number:            xxx-xx-8101

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **MARTIN SHARPE**

Street:            **2513 April Breeze Lane**

City, State and Zip:   **Henderson, NV 89002**

Telephone #:

**Please be advised that effective** 10/26, 2007
my (our) new mailing address and telephone number is:

Name:              **MARTIN SHARPE**

Street:            200 4th Ave S. Unit 325

City, State and Zip:   Saint Petersburg,, Florida  33701

Telephone #:

                                              /s/ MARTIN SHARPE
                                              MARTIN SHARPE
                                              Debtor